








```
CAG    7/2/01    15:49
3:01-MC-00446   CMC LEASE, INC. V. WHITFIELD
*1*
*REGJGM.*
```

01 JUN 29 AM 10:30

# United States District Court

DISTRICT OF Nevada

C.M.C. Lease, Inc. ETAL,

V.

Charles B. Whitfield

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

Case Number: CV-S-99-0950 KJD (RJJ)

I, Lance S. Wilson _____, Clerk of this United States District Court

certify that the attached judgment is a true and correct copy of the original judgment entered in this action on June 5, 2001
*Date*
, as it appears in the records of this court, and that

\* no notice of appeal from this judgment has been filed, and no motion

of any kind listed in Rule 4 (a) of the Federal Rules of Appellate Procedure

has been filed

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on

June 5, 2001
*Date*

Lance S. Wilson
*Clerk*

_____
(By) Deputy Clerk

*Insert the appropriate language: . . . "no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." . . . "no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." . . . "an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]." . . . "an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

DISTRICT OF  NEVADA

C.M.C. LEASE, INC., ETAL,

       Plaintiffs,

    V.

CHARLES B. WHITFIELD, ET AL,

       Defendants.         /

JUDGMENT IN A CIVIL CASE

CV-S-99-0950-KJD(RJJ)

__ **Jury Verdict.** This action came before the jury for a trial by the Court. The issues have been tried and the jury has rendered it's verdict.

_X_ **Decision by Court.** This action came before the Court and a decision has been rendered.

IT IS ORDERED AND ADJUDGED AND DECREED that Defendants' Answer to the Amended Complaint on file herein is hereby stricken, and that a default judgment pursuant to Federal Rules of Civil Procedure, Rule 37 is hereby granted;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiffs are awarded attorney's fees against Defendant Charles B. Whitfield, aka max Boshoff, and Defendant P.C.S., Inc., jointly and severally, in the sum of $21,325.00 and costs in the sum of $2,292.95 for a total of $23,617.95 as attorney's fees and costs, which sum is hereby reduced to judgment.

April 5, 2001
   Date

I hereby attest and certify on 4/23/01
that the foregoing document is a full, true and correct
copy of the original on file in my office, and in my
legal custody.

   CLERK, U.S. DISTRICT COURT
     DISTRICT OF NEVADA

LANCE S. WILSON
   Clerk

(By) Deputy Clerk

AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF \_\_\_\_NEVADA_____

C.M.C. LEASE, INC., ETAL,

JUDGMENT IN A CIVIL CASE

Plaintiffs,

V.

CV-S-99-0950-KJD(RJJ)

CHARLES B. WHITFIELD, ET AL,

_____Defendants._____/

\_\_ **Jury Verdict.** This action came before the jury for a trial by the Court. The issues have been tried and the jury has rendered it's verdict.

\_X **Decision by Court.** This action came before the Court and a decision has been rendered.

IT IS ORDERED AND ADJUDGED AND DECREED that Defendants' Answer to the Amended Complaint on file herein is hereby stricken, and that a default judgment pursuant to Federal Rules of Civil Procedure, Rule 37 is hereby granted;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiffs are awarded attorney's fees against Defendant Charles B. Whitfield, aka max Boshoff, and Defendant P.C.S., Inc., jointly and severally, in the sum of $21,325.00 and costs in the sum of $2,292.95 for a total of $23,617.95 as attorney's fees and costs, which sum is hereby reduced to judgment.

April 5, 2001
Date

LANCE S. WILSON
Clerk

(By) Deputy Clerk

I hereby attest and certify on 4/23/01 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U S DISTRICT COURT
DISTRICT OF NEVADA

By _____ Deputy

33

1  HAROLD GEWERTER, ESQ.
   Nevada Bar No. 499
2  HAROLD P. GEWERTER, ESQ., LTD
   101 Convention Center Dr., #1225
3  Las Vegas, NV 89109
   (702) 894-9400
4  Fax: (702) 369-1420
   Attorney for Plaintiffs



UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| C.M.C. LEASE, INC., an Arizona corp.; RONALD FISHER; and STERLING WAYNE PIRTLE, <br><br>Plaintiffs, <br><br>vs. <br><br>CHARLES B. WHITFIELD; a/k/a MAX BOSHOFF, and P.C.S, INC., a California corp., <br><br>Defendants. | Case No. CV-S-99-0950-KJD-RJJ <br><br>**ORDER GRANTING** <br><br>1. **PERMENANT INJUNCTION AGAINST DEFENDANT CHARLES B. WHITFIELD; and** <br><br>2. **SANCTIONS AGAINST DEFENDANT CHARLES B. WHITIFELD, and P.C.S., INC, BY STRIKING THEIR ANSWER AND ENTERING A DEFAULT JUDGMENT AGAINST CHARLES B. WHITFIELD, and P.C.S., INC. AND THE GRANTING OF ATTORNEY'S FEES AND COSTS AGAINST DEFENDANT CHARLES B. WHITFIELD AND P.C.S., INC.** |

This matter having come on for hearing on March 21, 2001 concerning Plaintiffs' Motion for Permanent Injunction against Defendant CHARLES B. WHITFIELD, aka MAX BOSHOFF and Defendant P.C.S., INC., and the hearing for Default Judgment and Sanctions Pursuant to Rule 37 and This Court's Inherent Authority against Defendants CHARLES B. WHITIFLED, aka MAX BOSHOFF and P.C.S., INC., the Plaintiffs being represented by HAROLD P. GEWERTER, ESQ, of the law firm HAROLD P. GEWERTER, ESQ., LTD, and

the Defendants failing to appear, and the Court having considered the documents on file and oral argument submitted herein, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the preliminary injunction granted on March 2, 2001, against Defendant CHARLES B. WHITFIELD, aka MAX BOSHOFF and Defendant P.C.S., INC., shall hereby become a permanent injunction; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant CHARLES B. WHITFIELD, aka MAX BOSHOFF and P.C.S., INC., their agents, servants, employees, and attorneys, and those persons in active concert or participation with them, are permanently enjoined from, directly or indirectly, contacting, disseminating any information, impersonating any governmental agent, threatening, annoying or harassing Plaintiffs STERLING WAYNE PIRTLE or RONALD FISHER, or any business in which Plaintiffs STERLING WAYNE PIRTLE or RONALD FISHER, are associated or affiliated including, but not limited to, Commercial Money Center, Inc.; and

IT IS FURTHER ORDERED ADJUDGED AND DECREED that Defendant CHARLES B. WHITFIELD, aka MAX BOSHOFF and P.C.S., INC., their agents, servants, employees, and attorneys, and those persons in active concert or participation with them, are permanently enjoined from contacting, directly or indirectly, in any manner whatsoever, Plaintiffs STERLING WAYNE PIRTLE or RONALD FISHER, their respective agents, servants, employees, brokers, representatives, investors, financial institutions, business associates, governmental authorities, credit reporting agencies, business reporting agencies, lessees, borrowers, or any business in which Plaintiffs STERLING WAYNE PIRTLE or RONALD FISHER are associated or affiliated, including, but not limited to, Commercial Money Center, Inc., and/or any other parties whatsoever concerning any matter or business relating to or

pertaining to Plaintiffs STERLING WAYNE PIRTLE or RONALD FISHER, or their respective businesses.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that Defendants' Answer to the Amended Complaint on file herein is hereby stricken, and that a default judgment pursuant to Federal Rules of Civil Procedure, Rule 37 is hereby granted;

IT IS FURTHER ORDERED, ADJUGED AND DECREED that Plaintiffs are awarded attorney's fees against Defendant CHARLES B. WHITFIELD, aka MAX BOSHOFF, and Defendant P.C.S., INC., jointly and severally, in the sum of $21,325.00 and costs in the sum of $2,292.95 for a total of $23,617.95 as attorney's fees and costs, which sum is hereby reduced to judgment.

DATED this 29th day of March, 2001.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted:

_____
HAROLD P. GEWERTER, ESQ.
Nevada Bar No. 499
101 Convention Center Dr., #1225
Las Vegas, NV 89109
Attorney for Plaintiffs

I hereby attest and certify on 4/23/01 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U S DISTRICT COURT
DISTRICT OF NEVADA

3

By _____ Deputy